# EXHIBIT D

THE EMPLOYMENT ATTORNEYS

**THIS IS NOT A NOTICE FROM A COURT**

March 17, 2017

Dear Joseph Campbell,

You may be entitled to money if you worked at Insomnia Cookies as a delivery driver. Our law firm is investigating a potential class action lawsuit on behalf of delivery drivers who worked for Insomnia Cookies and were not properly compensated, including by being paid an hourly rate below minimum wage and not being properly compensated for mileage. In addition, in certain states, including New York, Massachusetts and Minnesota, we believe delivery drivers were improperly denied gratuities that were automatically added to customers' bills as delivery charges. During the course of our investigation, we obtained your name from publically available information on the internet.

We have enclosed forms for you to fill out and return if you wish to participate further.

**Complete the Information Sheet to Talk to Us**

Please complete this form if you are willing to talk to us about how Insomnia Cookies' pay policies affected you. This form does not ask us to represent you or allow you to join in any recovery under the Fair Labor Standards Act ("FLSA").

**Complete the Consent Form to Request to be Included in Any FLSA Claims**

If you want to recover money you may be owed, complete both the Consent Form and the Information Sheet. We believe that if you worked as a delivery driver, you did not receive proper compensation for your mileage and you were improperly paid at a subminimum wage rate.

If you complete this form you are asking us to represent you. Our representation will begin only once we have received your Consent Form, filed it with the court and you qualify to participate.

**Important Information**

There may be urgency depending on your circumstances. Rules called statutes of limitations may mean any delay in bringing these claims can cost you back wages. The limitations period is usually 2 or 3 years for FLSA claims.

There is no cost to participate. Any legal fees would be paid by Insomnia Cookies or would come from a settlement fund, if approved by the court. While this may reduce the total amount potentially received by all plaintiffs, legal fees will not come from you directly. The enclosed consent form is <u>not</u> a retainer agreement. Instead, only the named or representative plaintiff enters into a retainer agreement.

Consultations on this matter are free and completely confidential. Call us toll-free at 1-877-272-4066. To learn more about our law firm, visit our website www.theemploymentattorneys.com.

Very truly yours,

Michael J. Lingle

ATTORNEY ADVERTISING
Prior results do not guarantee a similar outcome.

693 East Avenue, Rochester, New York 14607  tel: 877.272.4066  fax: 585.272.0574
info@insomniawageclaims.com • www.theemploymentattorneys.com

# INFORMATION SHEET

Please keep us informed of any changes to your contact information

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

(PLEASE FILL OUT COMPLETELY)

Name _____ _____     Home Phone (___)___-____
        First Name              Last Name

Address _____           Cell Phone  (___)___-____

City _____ State ____ Zip Code _____             E-Mail Address _____

Social Security Number  [X][X][X]-[X][X]-[_][_][_][_]

Any personal identification information that you provide to us will only be used to protect your interests and the class members' in this lawsuit.

I am/was employed by Insomnia Cookies

| Work Location | Job Title | Start Date | End Date |
|---|---|---|---|
| _____ | _____ | __/__/__ | __/__/__ |
| _____ | _____ | __/__/__ | __/__/__ |
| _____ | _____ | __/__/__ | __/__/__ |
| _____ | _____ | __/__/__ | __/__/__ |

Please note that any attorney-client relationship with you will start only if we submit your Consent Form in court seeking payment of unpaid wages and other claims arising out of wage and hour law.

PLEASE RETURN TO    Thomas & Solomon LLP
                    693 East Avenue
                    Rochester, New York 14607

If you have any additional questions, feel free to contact the law firm above at
www.theemploymentattorneys.com (website)   ContactUs@theemploymentattorneys.com (e-mail)
1.877.272.4066 (telephone M-F 9:00A—5:30P ET)   1.877.272.0574 (facsimile)

Information Sheet 00001

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action for unpaid wages and related relief against my employer(s), including Insomnia Cookies, and any related entity or person, on behalf of myself and other former and current employees of the employer(s).

I wish to preserve and pursue any claim that I may have to the greatest extent possible. Therefore, I expressly consent to the use of this consent form for purposes of making me a party plaintiff in any lawsuit and/or lawsuits that plaintiffs' attorneys have brought and/or may bring on behalf of myself and other employees alleged to be similarly situated.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
Signature                                                          Date


_____
Print Full Legal Name

Thomas & Solomon LLP
EMPLOYMENT ATTORNEYS
AVENUE • Rochester, NY 14607

Joseph Campbell
210 South Francher Avenue
Mount Pleasant, MI 48858

4858932612 C005

US POSTAGE
ZIP 14607
02 4W
0000344632 MAR 17
$ 000.46
PITNEY BOWES