UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLER LUSK, TIA COUNCIL, VIKTORIA O'BRIEN, AND JUSTIN BYROAD, *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>SERVE U BRANDS, INC., INSOMNIA COOKIES, LLC, AND SETH BERKOWITZ,<br><br>*Defendants.* | **STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO AMEND AND DEFENDANTS' CROSS MOTION TO STRIKE**<br><br>Civil Action No. 17-6451 |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Skyler Lusk, Tia Council, Viktoria O'Brien and Justin Byroad, and Defendants Serve U. Brands, Inc. and Insomnia Cookies, LLC (together "Defendants"), through their respective counsel, to the following schedule regarding plaintiffs' motion to amend and defendants' cross motion to strike (Docket Nos. 48 and 49):

**April 30, 2018:** deadline for plaintiffs to file their response/reply on plaintiffs' motion to amend and defendants' cross motion to strike. Plaintiffs will have a total of 25 pages for their brief.

**May 21, 2018:** deadline for defendants to file their reply papers on defendants' cross motion to strike.

For *Plaintiffs*:

By:   /s/ Jessica L. Lukasiewicz_____
J. Nelson Thomas, Esq.
Michael J. Lingle, Esq.
Sarah E. Cressman, Esq.
Jessica L. Lukasiewicz, Esq.
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Fax: (585) 272-0574
nthomas@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
scressman@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com

For *Defendants*:

By:   /s/ Douglas J. Klein_____
William J. Anthony, Esq.
Noel P. Tripp, Esq.
Douglas J. Klein
Jackson Lewis P.C.
677 Broadway, 9th Floor
Albany, NY 12207
Telephone: (518) 512-8700
Fax: (518) 242-7730
William.Anthony@jacksonlewis.com
TrippN@jackonlewis.com
Douglas.Klein@jacksonlewis.com

Date: April 3, 2018                                    Date:  April 3, 2018


SO ORDERED:


_____
Hon. Michael A. Telesca
U.S.D.J.                                               Dated: