UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLER LUSK, TIA COUNCIL, VIKTORIA O'BRIEN, AND JUSTIN BYROAD, *on behalf of themselves and all other employees similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SERVE U BRANDS, INC., INSOMNIA COOKIES, LLC, AND SETH BERKOWITZ,<br><br>*Defendants.* | STIPULATION AND PROPOSED ORDER<br><br>Civil Action No.<br>17-6451 |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Skyler Lusk, Tia Council, Viktoria O'Brien and Justin Byroad, and Defendants Serve U. Brands, Inc. and Insomnia Cookies, LLC (together "Defendants"), through their respective counsel, to the following schedule regarding defendants' motion to dismiss the claims of putative opt-in plaintiffs subject to individual dispute resolution agreements (Docket No. 67):

**September 27, 2018:** deadline for plaintiffs to file their response papers.

**October 11, 2018:** deadline for defendants to file their reply papers.

| For *Plaintiffs*: | For *Defendants*: |
|---|---|
| By:  /s/ Jessica L. Lukasiewicz_____<br>J. Nelson Thomas, Esq.<br>Michael J. Lingle, Esq.<br>Sarah E. Cressman, Esq.<br>Jessica L. Lukasiewicz, Esq.<br>Thomas & Solomon LLP<br>693 East Avenue<br>Rochester, NY 14607<br>Telephone: (585) 272-0540<br>Fax: (585) 272-0574<br>nthomas@theemploymentattorneys.com<br>mlingle@theemploymentattorneys.com | By:  /s/ Douglas J. Klein_____<br>William J. Anthony, Esq.<br>Noel P. Tripp, Esq.<br>Douglas J. Klein<br>Jackson Lewis P.C.<br>677 Broadway, 9th Floor<br>Albany, NY 12207<br>Telephone: (518) 512-8700<br>Fax: (518) 242-7730<br>William.Anthony@jacksonlewis.com<br>TrippN@jacksonlewis.com<br>Douglas.Klein@jacksonlewis.com |

scressman@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com

Date: September 13, 2018				Date:  September 13, 2018

SO ORDERED:

_____
Hon. Michael A. Telesca
U.S.D.J.						Dated: