| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK | |
| SKYLER LUSK, TIA COUNCIL, VIKTORIA O'BRIEN, AND JUSTIN BYROAD, *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>SERVE U BRANDS, INC., INSOMNIA COOKIES, LLC, AND SETH BERKOWITZ,<br>*Defendants.* | CONSENT TO BECOME A PARTY PLAINTIFF<br><br>Civil Action No.<br>17-6451 |

Plaintiffs hereby file Consent to Become a Party Plaintiff signed by: DANIEL GALVIN, JOSHUA JAMISON

                              By:    /s/ Jessica L. Lukasiewicz
                                         J. Nelson Thomas, Esq.
                                         Michael J. Lingle, Esq.
                                         Jessica L. Lukasiewicz, Esq.
                                         *Attorneys for Plaintiffs*
                                         693 East Avenue
                                         Rochester, New York 14607
                                         Telephone: (585) 272-0540
                                         nthomas@theemploymentattorneys.com
                                         mlingle@theemploymentattorneys.com
                                         jlukasiewicz@theemploymentattorneys.com