UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYLER LUSK, TIA COUNCIL, VIKTORIA O'BRIEN, AND JUSTIN BYROAD, *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>SERVE U BRANDS, INC., INSOMNIA COOKIES, LLC, AND SETH BERKOWITZ,<br>*Defendants.* | CONSENT TO BECOME A PARTY PLAINTIFF<br><br>Civil Action No.<br>17-6451 |

Plaintiffs hereby file Consent to Become a Party Plaintiff signed by: DAISHA BACON, ELOISA CABELLO, TASHNE' FARROW, SAMANTHA FISCHER, DAISIREE FISHER-TURNER, BRENDAN FLAHERTY, JOY GOMES, MARY HEARD, ANTOINE HOLMES, LIONEL JACKSON, KISHORE KONDEPUDI, JOHN MCGEE, HEATHER MILLER, FRANKLIN NICKLE, ANDREW PARKER, CHRISTIE RICHIE, WILLIAM RUSSELL, JESMOND SCOTT, DANIELLE SIENKO, HALEY TOWNLEY, MICHAEL VOLDECK, J'LENNA VORNES, and JACOB WHITE.

By: /s/ Jessica L. Lukasiewicz
J. Nelson Thomas, Esq.
Michael J. Lingle, Esq.
Jessica L. Lukasiewicz, Esq.
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com