UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SKYLER LUSK, TIA COUNCIL, VIKTORIA O'BRIEN, AND JUSTIN BYROAD, *on behalf of themselves and all other employees similarly situated,*

*Plaintiffs,*

v.

SERVE U BRANDS, INC., INSOMNIA COOKIES, LLC, AND SETH BERKOWITZ,

*Defendants.*

CONSENT TO BECOME A PARTY PLAINTIFF

Civil Action No.
17-6451

Plaintiffs hereby file Consent to Become a Party Plaintiff signed by: TONA ALLEN, JACOB ALTLAND, NALA ANDERSON, KATHERINE ARMSTRONG, BRANDON AYRES, JOHN BACKUS, JACOB BAKER, MYESHA BARNES, CAMERON BECKUM, DAVID BERKOWITZ, KAREN BORDEN, KELVIN BRADFORD, LANDON CHAPMAN, TIMOTHY COLEMAN, LANEEA COLLIER, ZACHARY CORA, TORI COSTELLO, KEONA DANCER, RICKQUANN DAVIS, HUGH DUGAN, PAULINE ELMORE, KIMBERLY ERB, KIMBERLY ETHERIDGE, MARCUS EVANS, KLAYTON FARLEY, JOANN FIDLER, BRANDON FORMANES, QUENTIN FOX JR., ELEXUS FULTON, KELVIN GOVAN JR., BRITTANI GREEN, SEAN HANAUER, MICHAEL HARRIS, SARAH HARTLE, EMILY HARTWELL, JOSHUA HARTZ, DARYL HEBRON, BETH HEIDEMANN, DARRELL HUBBARD, NICHOLIS INGLE, AUTUMN JOHNSON, RYAN JOHNSON, DERRICK JONES, KEISHA JONES, YOLANDA JONES, JASEAN KELLY, PHILIP LEE, LEON LEWIS, CHLOE LORHAN, RICHARD MAKI III, PATRICK MALHOTRA, SHAMEIKA MILLS, JACOB MORRIS, ALEXANDER NASETH, SARA PASSALACQUA, CHARNELLE PERKINS, CHELSEA POPE, MICHAEL RAY, MARIAN REYNOLDS, JOSHUA RIOS, COURTNEY SAMPLE, COLLEEN SCOTT, DESMOND

SCOTT, MATHEW SMITH, ERIC STAUFF, ELIZABETH STEHLE, SHAYNE STRICKLAND, DEREK SYKES, BRITTANY TAYLOR, AMBRA TIESZEN, ROBERT TOBIA, RYAN VOLLMER, MIRANDA WARZEL, DAVID WILLIAMS, JR., ANDRE WOOD, and STEPHANIE YOAKUM.

By:   /s/ Jessica L. Lukasiewicz
      J. Nelson Thomas, Esq.
      Michael J. Lingle, Esq.
      Jessica L. Lukasiewicz, Esq.
      *Attorneys for Plaintiffs*
      693 East Avenue
      Rochester, New York 14607
      Telephone: (585) 272-0540
      nthomas@theemploymentattorneys.com
      mlingle@theemploymentattorneys.com
      jlukasiewicz@theemploymentattorneys.com