# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  02/19/2019
Signature                Date

_____
Tona Kearra Allen
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al,* Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Jacob Attland_    02/20/2019

Signature                Date

_Jacob Alexander Attland_

Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   2/19/19_____
Signature                           Date

Nala Anderson_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   2/19/19
Signature                          Date

Katherine  Rachel  Armstrong
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    _____
Signature                                          Date

Brandon Ayres
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al,* Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   2-7-19
Signature                         Date

John Joseph Backus
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al,* Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/20/19_____
Signature                                  Date

_JACOB BAXTER_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     02-19-18
Signature                           Date

Myesha Barnes
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____     2/21/19
Signature                           Date



Cameron  a.  Beckum
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2/11/19
Signature                Date

David Berkowitz
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

Karen C Borden                     2/19/19
_____    _____
Signature                          Date


Karen Curtis Borden
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

Kelvin Bradford                February 21, 2019
Signature                          Date

Kelvin Douglas Bradford
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____        1-31-19
Signature                               Date

LANDON HUNTER CHAPMAN
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


Timothy J. Coleman          1-31-19
Signature                   Date


Timothy T. Coleman
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al,* Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    02/11/19_____
Signature                  Date

Laneea Collier_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     02/20/2019
Signature                                          Date

Zachary Cora
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____ 2/25/19_____
Signature                                          Date

_Tori Alexandra Costello_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

Keona Dancer                    1/17/19
Signature                       Date


Keona Dancer
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2-21-19
Signature                               Date

_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     1/2/19
Signature                                Date

Hugh Ignatius Dugan IV
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2/15/2019
Signature                          Date

_____
Pauline Elmore
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____  2/19/19
Signature                          Date


Kimberly M. Erb
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Kimberly Yvonne Etheridge_     _02/18/19_
Signature                        Date

_Kimberly Yvonne Etheridge_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____  2/19/19
Signature                  Date


_____
Print Full Legal Name
Marcus LaMar Evans

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____    _____
Signature                           Date

_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Joann M Fidler_      _2/20/19_
Signature              Date


_Joann Marie Fidler_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     2-1-19
Signature                                          Date

_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/19/19_____
Signature                                              Date

_____Quentin Dwayne Fox Jr._____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/17/2019
Signature                          Date

Elexus Fulton
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     02/01/2019_____
Signature                                           Date

_Kelvin T. Govan Jr._____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  02/25/2019
Signature                Date

Brittany Green
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____     20-Feb-19_____
Signature                           Date


Sean  Hanauer
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____       2-20-19
Signature                                Date

_____
Michael Anthoney Harris
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

02-20-2019

Signature                                    Date

Sarah Ann Hartle

Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

Emily K Hartwell                     1/26/2019
Signature                          Date

Emily Kay Hartwell
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   2/5/19
Signature                          Date

Joshua R Hertz
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   1-8-19
Signature                          Date

_____
Print Full Legal Name   Daryl Darnell Hebron

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  1/29/19_____
Signature                        Date

Beth Ann Heidemann
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Darrell Hubbard_____  2/21/19_____
Signature                         Date

_Darrell Maurice Hubbard_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  02/21/2019
Signature                          Date

Nicholis Robert Ingle
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Autumn Johnson    2/22/19_
Signature                          Date

_Autumn B Johnson_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2-20-19
Signature                          Date


_____
Ryan J. Johnson
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____          2/12/19
Signature                               Date


_Derrick Scott Jones_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Keisha Jones_    02-17-19
Signature         Date

_Keisha Jones_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al,* Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____
Signature                          Date

_____
Print Full Legal Name

Yolanda Jones

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    02/20/19
Signature                                    Date

_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/20/19
Signature                          Date


_Philip K Lee_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   1/30/19
Signature                          Date

_____   1/30/19
Leon Lewis
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     01/2/19
Signature                           Date

_Chloe Elizabeth Lorhan_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  1/25/19
Signature                        Date

_____
Richard    Maki
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_P. Malhotra_                         _2-19-19_
Signature                              Date

_Patrick Kuldip Malhotra_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    1/16/19
Signature                        Date

Shameika  Di' Marie  Mills
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2/20/19
Signature                        Date


Jacob Morris
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   1-29-19
Signature                          Date

_____
Alexander    Naseth
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_Sara Passalacqua_  2·19·19
Signature                                          Date


_Sara Passalacqua_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    02-18-19
Signature                        Date

Charnelle Perkins
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Chelsea Pope_____    _Feb. 06, 2019_____
Signature                 Date


_Chelsea Pope_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2/20/19
Signature                         Date

_____
Print Full Legal Name    Michael Ray

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

Marian Reynolds                    2-21-19
Signature                              Date

Marian Reynolds
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____      2/26/19 .
Signature                             Date


Joshua  B.  Rios
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____        02·21·19
Signature                                              Date

Courtney   Sample
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2/2/19
Signature                        Date

Colleen Marie Scott
_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     Date  2/21/19
Signature

_____
Print Full Legal Name
Esmond Scott

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    02/20/2019
Signature                          Date

Mathew Nicholas Smith
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/25/19_____
Signature                                              Date

ERIC Xavier Stauff_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____  2/22/19
Signature                          Date

Elizabeth Gormley Stehle
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/18/19
Signature                                              Date

Shayne Zachary Strickland
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_Derek Sykes_     _02/03/2019_
Signature            Date

_Derek Sykes_
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.


_____      2-21-19_____
Signature                                       Date


Brittany Taylor_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____     2-13-19_____
Signature                                                      Date

Ambra Lou Tieszen_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/21/19
Signature                    Date

Robert Scott Tobia
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   2/21/19
Signature                          Date

_____
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.



I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____   2/13/19
Signature                          Date

_____
Miranda ~~Woodward~~ Jean Warzel
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

 I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

David William, Jr.    2/21/19
Signature    Date

David Patrick Williams, Jr
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    02•15•2019
Signature                                          Date

Andre Ricardo Wood
Print Full Legal Name

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become an opt-in plaintiff in the above captioned action, *Lusk, et al. v. Serve U Brands, et al*, Western District of New York Case No. 17-cv-6451 (the "Lawsuit") for the claims described in the Notice I received.

I select THOMAS & SOLOMON LLP to represent me in the Lawsuit.

I authorize Plaintiffs or Plaintiffs' counsel to file this Consent with the Clerk of the Court. I hereby further authorize and designate the Plaintiffs to act on my behalf concerning the Lawsuit, including litigation, factual investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit, including specifically entering into a binding settlement agreement related to my claims.

_____    2/20/19
Signature                           Date

Stephanie Ann Yoakum
Print Full Legal Name